■ EDNA SPIEGEL, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs of the appeal to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WADERMAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. FEBLES, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST SANDERS, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MAINIERI, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SANDERS, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ THE PEOPLE OF THE SATE OF NEW YORK, Respondent, v. JOHN CRUZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ AMERICAN BOAT CARTAGE, INC., Appellant, v. NEW YORK SKYPORTS, INC., Respondent.— Judgment unanimously affirmed, with costs of the appeal to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ In the Matter of KERMIT H. FEENEY et al., Appellants, against JOSEPH SCHECHTER et al., Constituting the Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ ANN GUENZBERG et al., Respondents, v. JOHN M. HEYMAN, Appellant. — Judgment unanimously affirmed, with costs of the appeal to the respondents. While the Trial Judge erroneously found that the plaintiff was an invitee, the evidence supports a judgment in plaintiff's favor even though she was only a licensee. Defendant's liability was established by his affirmative act in carelessly directing plaintiff to the powder room. Having undertaken to give a direction to a person unfamiliar with the surroundings, defendant was under a duty to give specific instructions, particularly in view of the physical arrangement of the premises and the many doors in the alcove to which he pointed. Defendant, chargeable with the knowledge that a misunderstanding of his direction would lead plaintiff to a place of danger, failed to warn plaintiff of the danger of opening the door to the cellar — a danger which plaintiff was unlikely to discover for herself. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ GERARD GRASSI, Respondent, v. ROOF HEALTH CLUB, INC., Appellant. — Judgment unanimously reversed upon the law and the facts and a new trial ordered on the ground that the verdict of the jury is against the weight of the credible evidence, with costs to abide event. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KYLE SHANER ROTHGEB, Appellant.— Three judgments unanimously affirmed. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.